FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEROY HESS, JR.,                ) NO. CV 08-269-GHK (MAN)
                                )
            Petitioner,         )
                                )
      v.                        ) JUDGMENT
                                )
F. GONZALEZ, WARDEN,            )
                                )
            Respondent.         )
_____)

   Pursuant to the Court's Order Dismissing Petition Without Prejudice,

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  1/23/08  .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE